IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KAYTON D. SCARBORO,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D17-0441

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and DIRECT
GENERAL INSURANCE,

Appellees.

_____/

Opinion filed July 7, 2017.

An appeal from the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Kayton D. Scarboro, pro se, Appellant.

Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals
Commission, Tallahassee, for Appellees.

PER CURIAM.

AFFIRMED.

WOLF, ROWE, and KELSEY, JJ., CONCUR.